IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CESAR NARRO (TDCJ No. 2062243), <br><br> Plaintiff, <br><br> v. <br><br> DE SOTO POLICE DEPT DALLAS COUNTY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:17-CV-0422-C-BN |

## ORDER

On this day the Court considered the civil rights complaint under 42 U.S.C. § 1983 filed by Cesar Narro, proceeding *pro se* and *in forma pauperis*, on February 14, 2017, together with Plaintiff's Response to the Magistrate Judge's Questionnaire, filed March 30, 2017.

On April 12, 2017, the United States Magistrate Judge entered his Findings, Conclusions, and Recommendation, advising that the Court should dismiss Narro's claims against the State of Texas, Dallas County, and the DeSoto Police Department after screening but that the Court should allow Narro's claims against an individual police officer to proceed.[1] Narro did not file any objections to the recommendation, and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the findings and conclusions of the Magistrate

---

[1] Narro's complaint is subject to preliminary screening under 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B)(ii) because he is a prisoner seeking redress from an officer or employee of a governmental entity and because he is proceeding *in forma pauperis*.

Judge are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, all claims against Defendants the State of Texas and the DeSoto Police Department are **DISMISSED** and all claims against Defendant Dallas County are **DISMISSED without prejudice**.

The United States Magistrate Judge shall resume pretrial management of the remainder of this civil action, consistent with 28 U.S.C. § 636(b) and the standing order of reference.

SO ORDERED this 30th day of May, 2017.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE