IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CESAR NARRO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| OFFICER W. BELL, | ) | |
| | ) | |
| Defendant. | ) | Civil Action No. 3:17-CV-422-C-BN |

**ORDER**

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge advising that Plaintiff Cesar Narro's 42 U.S.C. § 1983 Civil Rights Complaint be dismissed without prejudice to Narror's filing of an amended complaint that overcomes the deficiencies identified set forth by the Recommendation. Plaintiff has failed to file any objections and the time to do so has now expired.

A district court must make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made. 28 U.S.C. § 636. A party's failure to file written objections to the Report and Recommendation within fourteen days shall bar that party from *de novo* review by a district court. Portions of the Report and Recommendation to which there are no objections are reviewed for clear error. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation

1

are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, the above-styled and -numbered civil action is **DISMISSED WITHOUT PREJUDICE**, subject to the following condition. This dismissal shall be held in abeyance for twenty-one (21) days after the date of this Order to allow Narro to file an amended complaint. In the event Narro's amended complaint is not docketed within those twenty-one (21) days, the Clerk of the Court will be instructed to enter dismissal.

SO ORDERED this 10th day of October, 2018.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE